Creditor List (to be supplemented)

| | |
|---|---|
| Alliance Premium Funding | 50 Carnation Avenue, Floral Park, NY 11001 |
| Alpha Glass Corp. | 38-02 24th Street, L.I.C., NY 11101 |
| Apollo Realty, LLC | 31-77 33rd Street, L.I.C., NY 11106 |
| Electronic Integrated Systems | 11-11 44th Drive, Suite N, L.I.C., NY 11101 |
| Golds Plumbing Copr | 40-50 28th Street, L.I.C., NY 11101 |
| Kushnick Pallaci Pllc | 630 Johnson Avenue, Suite 201, Bohemia, NY 11716 |
| Leo Jacobs PC | 8002 Kew Gardens, STE 300, Queens, NY 11415 |
| Ready Fresh by Nestle | P.O. Box 856192, Louisville, KY 40285-6192 |
| RGS | |
| Slect Office Suites | |
| Signature Demolition Wilson Finishing | 150-55 A 14th Ave., Lower Level, Whitestone, NY 11357 |